# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1991
LT Case No.  2019-CF-007576-A

_____

YASSIEL CUELLO TORRES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Rachael E. Reese and Olivia M. Goodman, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, and Adam Wilson, Assistant
Attorney General, Tallahassee, for Appellee.

December 5, 2023


PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____